UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60781-CIV-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                             **O R D E R**

MARY VRENNA,

       Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff United States of America's Motion For Summary Judgment (DE 7). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiff initiated the above-styled cause with the filing of its Complaint (DE 1) on May 23, 2008. The Complaint alleges that Defendant has failed to pay the balance of her two federally guaranteed student loans. On the greater of the loans she owes $2,817.03 in principal plus interest at a rate of 8.2% per annum. As of May 21, 2008, the interest accrued is $3,558.04, for a total liability of $6,375.07 on the greater loan. Defendant has a second student loan with unpaid principal in the amount of $1,174.99, together with interest on it at a rate of 8.0% per annum. As of July 21, 2008, the interest accrued is $1,347.02, for a total liability on the second loan in the amount of $2,522.01. Defendant responded to the Complaint with a letter, which the Clerk and the

Court construed as an Answer to the Complaint denying liability on the grounds that she is disabled.

Thereafter Plaintiff filed the instant Motion. Defendant did not file a Response within the time prescribed by law, and the Court ordered her to file one before addressing the merits of the instant Motion. <u>See</u> DE 8. As of the date of this Order Plaintiff has not filed a Response to Plaintiff's Motion.

Local Rule 7.5.D states that all facts in Plaintiff's statement of undisputed facts are deemed true if they are uncontroverted by Defendant. However, these facts must be substantiated in the record. The Court notes that the amounts claimed in Plaintiff's Complaint and the instant Motion differ significantly, and the amounts as substantiated by Plaintiff's Exhibits support the sums detailed in the Complaint. Therefore, the Court shall award Plaintiff the lesser, though substantiated, amount found in the Complaint and Exhibits. Because there are no disputed facts and the law in this area is clear that student loans must be paid, the Court will enter judgment for the Plaintiff in the amount claimed in its Complaint and supported by Exhibits.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff United States of America's Motion For Summary Judgment (DE 7) be and the same is hereby **GRANTED**; and

2. Final Judgment shall be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Mary Vrenna, pro se
5715 N.W. 81 Avenue
Tamarac, FL 33321